THE STATE OF MONTANA ex rel. LAWRENCE K. NANOFF, Petitioner, v. R. J. NELSON, as District Judge of the District Court of the Eighth Judicial District of the State of Montana, In and For the County of Cascade, Respondent.

No. 12431.
Decided Jan. 9, 1973.
505 P.2d 125.

ORDER

PER CURIAM:

Original proceeding. Petitioner seeks an appropriate writ to overturn an order of the respondent district court refusing return of personal property in the criminal cause of The State of Montana, Plaintiff, vs. Lawrence Kazor Nanoff, Defendant, being cause No. 6136-B, pending in the respondent court.

The relief sought is denied, without prejudice. See section 95-2404, R.C.M. 1947.